Simon Haysom (SH (3078)
Simon Haysom LLC
One Railroad Ave.
Goshen, New York 10924

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X        Case No.
In re,

Laura Colacci                                                                                       Chapter 13
        Debtor.
-----------------------------------------------------------------------X

## CHAPTER 13 PLAN

From future earnings of the debtor(s) including tax refunds, the debtor shall submit to the supervision and control of the trustee, debtor payments in the sum of <u>$400.00 for 60 months.</u>

From the payments to be received, the trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

2. Holders of allowed secured claims shall retain the liens securing such claims shall be paid as follows:

   Arrearages to be paid by the trustee inside the Chapter 13 Plan.
   Current secured payment to be made by debtor(s) outside Chapter 13 Plan.

3. Pro-rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed.

4. The following executory contract(s) of the debtor(s) is/are rejected. None.

5. Title to the debtor(s) property shall revest in the debtor on confirmation of the debtor(s) plan.

6. Although the legal representation contracted for has terminated upon this confirmation order, counsel will continue of record, with all new work and expenses to be compensated at the hourly rate of the firm unless instructed otherwise or counsel has been substituted or relieved. Failure to compensate on demand shall be cause for an order for relief as counsel, upon motion to this Court.

                                                                                  /s/ Laura Colacci
Dated: Goshen, New York                _____
February 25, 2008                          Laura Colacci, Debtor