Simon Haysom (SH (3078)
Simon Haysom LLC
One Railroad Ave.
Goshen, New York 10924

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   Case No. 08-35326
In re,

Laura Colacci                                                                          Chapter 13
        Debtor.
------------------------------------------------------------------------X
FIRST AMENDED CHAPTER 13 PLAN

    From future earnings of the debtor(s) including tax refunds, the debtor shall submit to the supervision and control of the trustee, debtor payments in the sum of $400.00 for 6 months and $863.00 for 54 months.

    From the payments to be received, the trustee shall make disbursements as follows:

1. Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. §507.

2. Holders of allowed secured claims shall retain the liens securing such claims shall be paid as follows:

   Arrearages to be paid by the trustee inside the Chapter 13 Plan.
   Current secured payment to be made by debtor(s) outside Chapter 13 Plan.

3. Pro-rata with dividends to secured creditors, dividends to unsecured creditors whose claims are duly allowed.

4. The following executory contract(s) of the debtor(s) is/are rejected. None.

5. Title to the debtor(s) property shall revest in the debtor on confirmation of the debtor(s) plan.

                                          /s/ Laura Colacci
Dated: Goshen, New York      _____
August 8, 2008                   Laura Colacci, Debtor