Return Date:   April 21st, 2009
Time: 1:30 P.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                  Chapter 13
                                  Case No. 08-35326  CGM

**LAURA COLACCI,**

                                  **NOTICE OF MOTION**

                       Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

         **PLEASE TAKE NOTICE,** that upon the annexed application of Jeffrey

L. Sapir,  the Chapter 13 Trustee herein, a motion will be made before the Hon. Cecelia

G. Morris, United States Bankruptcy Judge, at the United States Courthouse, located at

355 Main Street, Poughkeepsie, New York, on the 21st  day of  April,  2009 at 1:30 P.M.

for an order dismissing the Chapter 13 case  pursuant to 11 U.S.C. §1307(c)(6) on the

ground that there has been a material default with respect to the confirmed plan that is

prejudicial to creditors in that payments called for  under the plan have not been made;

and for such other and further relief as this Court deems just and proper.

         **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any,

are to be served on the undersigned and filed with the Court no later than three (3) days

prior to the return date of this motion, and must comply with the Bankruptcy Court's

electronic filing system in accordance with General Order M-242 and Supplemental

General Order M-269.

Dated: White Plains, New York
       March 13th, 2009               /s/ Jeffrey L. Sapir_____
                                **Jeffrey L. Sapir (JLS 0938)**
                                **Chapter 13 Trustee**
                                **399 Knollwood Road**
                                **White Plains, New York 10603**
                                **Chapter 13 Tel. 914-328-6333**

**TO**:   United States Trustee
          74 Chapel Street
          Albany, New York 12207

          Laura Colacci
          10 Mari Road
          Chester, New York 10918

          Simon Haysom, Esq.
          One Railroad Avenue
          P.O. Box 487
          Goshen, New York 10924

          Mark S. Nash, Sr. Ass't. County Attorney
          County of Orange
          255 Main Street
          Goshen, New York 10924

          IndyMac Bank, FSB
          460 Sierra Madre Villa # 101
          Pasadena, California  91107

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:

                                Chapter 13
                                Case No. 08-35326   CGM

**LAURA COLACCI,**

                                **APPLICATION**

                  Debtor(s)

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**TO THE HON. CECELIA G. MORRIS, BANKRUPTCY JUDGE:**

      1.      The debtor filed the instant voluntary Chapter 13 proceeding on February

26th , 2008.

      2.      An order confirming the plan was signed by the Hon. Cecelia G. Morris

United States Bankruptcy Judge on August 14th, 2008, which order provided that the

debtor remit monthly payments of $400.00 for 6 months and $863.00 for 54 months

      3.      The debtor has paid the trustee the sum of  $2,000.00 to date.

      4.       The debtor is in arrears in plan payments to the trustee in the amount of

$5,578.00.

      5.      There has in fact been a material default in this confirmed plan.

      6.       This Chapter 13 case should be dismissed pursuant to 11 U..S.C. §1307

( c)(6) together with such other and further relief as this Court may deem just and proper.

Dated:  White Plains, New York
       March 13th, 2009

                                 /s/ Jeffrey L. Sapir
                                 **Jeffrey L. Sapir**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                              Chapter   13
                                                    Case No. 08-35326 CGM
**LAURA COLACCI,**

                                    Debtor(s)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


**AFFIDAVIT OF MAILING**

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER      )   ss.:

      Lois Rosemarie Esposito, being duly sworn, deposes and says:

      I am not a party to the action herein,  I am over the age of 18 years and

reside in the County of Westchester, State of New York.

      On  March 13th,  2009  I served a true copy of the within document, to the

herein listed parties at the address(es) designated for that purpose, by mailing same in a

properly sealed envelope with postage prepaid thereon, in an official depository of the

United States Postal Service within the State of New York to the following:

**TO:**:   United States Trustee
     74 Chapel Street
     Albany, New York 12207

     Laura Colacci
     10 Mari Road
     Chester, New York 10918

     Simon Haysom, Esq.
     One Railroad Avenue
     P.O. Box 487
     Goshen, New York 10924

Mark S. Nash, Sr. Ass't. County Attorney
County of Orange
255 Main Street
Goshen, New York 10924

IndyMac Bank, FSB
460 Sierra Madre Villa # 101
Pasadena, California  91107

___/s/ Lois Rosemarie Esposito___
Lois Rosemarie Esposito

Sworn to before me this
13th  day of  March, 2009

___/s/ Jeffrey L. Sapir_____
Jeffrey L. Sapir
Notary Public, State of  New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires:  12/31/10